1 | JAMES A. MC DEVITT
United States Attorney
2 | PAMELA J. DeRUSHA
Assistant United States Attorney
3 | Post Office Box 1494
Spokane, WA 99210-1494
4 | Telephone: (509) 353-2767
Fax: (509) 353-2766

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 6 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RICK NELSON,

    Plaintiff,

vs.

UNITED STATES,

    Defendant.

NO. CV-05-135-AAM

ORDER FOR DISMISSAL

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of RICK NELSON, Plaintiff in the above-entitled action, are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party to bear its own costs, fees and other expenses.

DATED this 16 day of Sept, 2005.

_____
ALAN A. McDONALD
United States District Judge

STIPULATION FOR DISMISSAL - 1
P50914jmm.PD1b